Went to Berwick for the day. Came back and went to a gathering downstairs in 210 ohara. We drank. At the end of the night Colby was begging to let them stay at my place. After a bit of charging my phone on my playstation they started practically fucking on my couch. They asked me to leave so I did. Roommate Danny and Justione came into my room & agreed to kick them out. As we were kicking them out down, the girl was all over danny because they had a prior history. We kick them out. I feel bad so I invite them back. As they come back the girl goes to Danny and they go to his room. I sit Colby on the couch and start to make sure he's cool for the night. After a while he starts to throw up, so I run to get Danny, he comes out helps me clean and then we go to sleep our rooms. I go sleep. A few hours later with sun shining through my blinds danny knocks on my door and was like, "I'm going to take her back." And then I heard the front door open and that was that.

Michael Santiago
michael santiago

KINGS - 002215