On August ~~31~~ 30 around 12am Daniel Boye an I attended a party over Baylee Guedes's apartment. We left said mentiond party around 3am. When arriving back at our apartment The Door was locked. Thinking our roomates didnt realize we were out and locked the door. Upon Daniel unlocking the door. We walk in to find Colby Spencer and Devin Mccarthy having vaginal intercourse on our living room couch. I preceded to walk into Mike Santiago's room to find out what was going on. He asked me to pleas kick them out, so I preceded to do so. approximately 15 minets later Colby and Devin retuned to the apartment. Upon them entering Devin ~~when~~ went into Daniel's room. At this time I returned to my room and fell asleep.

Justin Timante    9-9-2020

KINGS - 002214