**After much reflection and prayer I believe that Devin McCarthy has violated my rights on sexual harassment at King's, that she is making my education here a living hell, and that I need to file a formal complaint under Title IX against her.  This is my story:**

**August 27th, 2019**- Devin and I first came into contact when she added me on snapchat, which she can get my username from my instagram. The first snap she sent was asking if I would be down to hook up with her. I remember this as I was in the king's library working on an essay for a class. I had complimented her on how bold and forward she was. I never met a girl who was bold like she was. In reality she made me feel uncomfortable and afraid that if i did not go along with her sexual aggression she would make fun of me.

**September 2019**- We just had a streak, basically snapped every day.  I felt obligated to continue to respond to her on the streak because otherwise she would be offended and would talk bad about me with her friends. On the weekends Devin would ask me if I could get her some alcohol for parties we both were heading too. I always came up with an excuse to not do it. Devin's asking me for alcohol made me feel at risk that she was forcing me to do something I had no wish to do and that would be dangerous.  She stressed me out over and over doing this. I would try to avoid her at parties as I did not want to talk in person as we never really texted on snapchat. If i did see her I did greet her, that would be the extent of it. Basically, I felt that if Devin was there, I could not enjoy being there because she was always pushing me and trying to get me to do things I never do.

Devin and her friends would ask me to come over to Devins dorm.  It is completely false when she told me later, to make me feel social pressure, that her friends hate me.  They do not.  But her lies still made me feel like Devin could turn her friends against me and cause me social shame.  This is what I faced from Devin, I would say at least twice a week, and she stressed me out so sometimes I would go, other times I would not. I was always with my friends in Esseff, they lived and still live on the same floor as Devin. Towards the end of the month, I ended things with a girl I was with. Devin then brought up when she and I were going to hang, I told her whenever she wanted. I did not feel comfortable with Devin telling me that. I felt like she was hunting me down.

**October 4th/5th, 2019**- once again, Devin kept practically stalking me, Devin asked me if I was going to this party, when I told her I was she asked if I wanted to pregame with her and her friends.  This made me uncomfortable because I did not want to spend time with her but I also did not think she would take it in a good way if I told her that so I told her I couldn't, but she wanted to hang after or the next day we could. She told me she will let me know. When I got to the party, Devin came maybe an hour or so after. I was with my friends and she was with her friend, we greeted each other and went on with our night. I had to stay with my friends to be safe

from her.  My friends understood the relationship and knew that I never made any moves on Devin to progress our relationship.

I believe Devin and her friend got kicked out by the host, unlike my friends and me.

As usual in her way of forcing me to do stuff, I remember Devin grabbing my hand, telling me she wanted to go back to her room. She would do this to force me as if she was some weak girl which she is not. She took my hand until we were outside the house. This made no sense because she had her friend walking along with her and I did not want to walk there or be with her.  Devin and I walked back to Esseff together, when we got in her room, it was just us three. There was just small talk.  She then kicked her friend out of the dorm, it was just me and her. This made me uncomfortable because Devin had taken me away from my friends and had cornered me into her room in a sneaky way.

Devin locked the door as she told her friend goodbye. It was just me and Devin in the bed, it came to the point we were both leaning to kiss as I had no choice but to do what she wanted me to do which was have sex with her.  At no point was I able to say no to her.. Once our lips touched, Devin was very aggressive with the kissing.  I do not like when Devin kisses like this because it hurts me and I do not like pain with sex. I told her to stop. I tried to take control and to slow the kissing down but failed because Devin simply takes over during sex and ignores what I need or like. I started to kiss her neck to catch my breath, then she went back to the aggressive kissing, she would kiss my neck and suck aggressively, once again I told her I do not like hickeys, so she finally calmed down with the kissing.  Devin was trying to mark me so she could tell others or so that when others asked I would have to say she had fucked me.

We both were just in our underwear kissing on her bed. I asked her if she would give me oral and she did. While she was giving me oral, she put her mouth on my testicles, which was very aggressive as well and hurt. I did not like how she did that, I told her she has to be more gentle. She didn't bother to do it again after that. I never had asked or wanted her to do that.

Then she told me that I had to put the condom on if I wanted to have vaginal intercourse with her. That is how we started having sex, it was quiet, she was avoiding eye contact with me. She then asked if i liked eye contact, which I told her I did, she did not seem to like that. As I was leaving Devin said she would text me so we can hang again.

**Next week**-. When we were snapping, I had asked what she was doing, and she told me she was sending explicit pictures to her "sugar daddy." I told that was funny, and then she sent me one of her breasts. She said "it's not like you haven't seen them." I have never sent a naked photo to her.

**The week of the 20th of October 2019-** I don't know which day it was exactly, but it was a weekday at night. Devin had come over, she had asked if I was busy that night. When she was over she showed me this show called skins. We watched an episode or two, before we started to makeout again. She made the move to take my pants off, without asking, and gave me oral, once again she became aggressive with the oral. This was at least the third time I had to tell her that I did not like her doing that to me because it hurts. I had her stop and started to kiss her again.

She asked if I had a condom, as I got the condom she undressed herself and I did the same. We started to have sex. When I was close to ejaculation, she asked if I could do it on her breast and I said yes. She got dressed and left as she had homework to do.

**Endish of October-** I don't know when exactly Devin ended things with me. But I know it was before November.

This time was in my dorm room as well, Devin had come over for sex. I asked if she wanted to hang, she said she could for a bit as she was already in Holy Cross visiting a friend. She said she was really busy and wanted this to be quick. So we didn't waste any time, she brought back the aggressive kissing. She would take control of the kissing, many times our teeth would bang into each other.   This was as usual with Devin like the fourth or fifth time I had asked her to not do so much aggressive sex on me but she did not care at all what I told her. So I stopped her and started to undress myself. She did the same.

I grabbed the condom. We only did missionary this time. I then ejaculated on her stomach area, she had made it clear not to do it inside of her. She cleaned up and left again. After that Devin slowly stopped talking to me, I ended the streak we had on snapchat. Devin had blocked me on snapchat and instagram. I never reached out to her and her friends again.

**Spring semester 2020-** Devin and I have mutual friends, so I would only see her around campus. my friends had invited her to their dorm room some weekends. She did not come every weekend, only some. It was awkward when she did arrive and I always left to go to another friend's dorm who lived on another floor in Esseff. Having Devin around made me feel insecure.  Every time she was in the room I had to leave because I thought it became an environment I did not want to be in.  We ignored each other. I feared that she would make fun of me with her friends or mine.

**August 29th 2020-** I remember this day, I had homework already in the first week. All I did was do homework. At midnight, my roommate Justin t. came to my room and asked if I wanted to go to a party he was invited too. Justin had a few drinks, he shared with me. I chugged a 4-5% alcoholic slushie as I left the party, and I had a buzz off it.  I did have a buzz because I remember having trouble opening the door to my apartment when I had to use my key. It was 4:00 am when the party was dying, I remember looking at my cell phone. Me and Justin went back to the

apartment. When we opened the door we saw two people, a guy and a girl bare naked on our couch, we assumed that this was our other roommate Dylan l. Justin and I went into our respected rooms.

I then got a text from our last roommate Mike Santi. He told me that the two people on the couch were Kolby and Devin. He said that Kolby and him had come to an agreement that they would be in a threesome with Devin in exchange for them to stay the night at our apartment. I believe Kolby was taking advantage of Mike being drunk, because Mike said that he was kicked out by them when they started kissing and he went into his room and stayed there until Justin and I got back. This shows Devin knew very well what she was doing at that time and who with.

Santi told me he was afraid to kick them out. I am relatively sure this is because Devin always intimidates him just as she intimidates me. So he asked me to do it, I went into our living room where Devin and Kolby were bare naked making out. Their clothes were all over the living room. I turned on the lights and told them they had to leave the apartment. They said they understood, but continued as I walked away to brush my teeth. So I went back to say they had to leave right now. Devin kept apologizing about being here, she said she had no idea that it was my apartment. I kept assuring her that there was no issue and nothing to be sorry for, we just wanted them to leave. Devin was struggling to find her pants, so I gave her mine, they were pjs. She wore them inside out, I handed them to her that way. We then found her pants under one of our seats. It was about 4:30 at this time. No one had been drinking because there was no alcohol there.

I was still waiting for Kolby and Devin to leave, but Kolby started to go to Mike in the kitchen and Devin came over to me, she told me she was sorry again. She told me that I was being an asshole about kicking them out. This is one of the many ways Devin always gets what she wants from me. She calls me an asshole. She then went on to say that she never did anything wrong to me for me to be acting like this. But of course we just wanted this couple to not have sex in our couch which is not unreasonable or revengy or anything other than Devin trying to get her way by making me feel guilty. She said that she thought our relationship from last year could of been more than the casual hookup, which is again classic Devin trying to manipulate me into doing what she wants by promising me sex which I really don't want to begin with. She said she felt a certain way about me, even though her friends hated me. This is one of the worse things Devin does to me, she always threatens me with social humiliation if i do not do what she wishes. She was still attractive to me, when she was discussing all this with me, she was very close, she would grab my arm as she was talking to me.

We finally got them to leave. It was about 4:30 am at this time and the dorm cameras would show them going out. I was clear with Devin I did not want anything other than for her and Kolby to leave. After she left, I texted her thinking this was the last time I was gonna see her, I

said that you owe me, if they were so sorry about what they did on our couch, but then I remember her telling me she had lost her phone. Mike had asked me if I knew Devin before this, and I told him that we used to have a thing going on and that ended.

Mike then brought up that she could have feelings for me as he saw that she was all over me even though Kolby was still in the apartment. He then said that he was inviting them back in as he felt bad for kicking them out. Mike kept talking about how he could not believe that they kicked him out of the threesome, he really thought he was about to lose his virginity. I told them that there could still be a possibility, maybe we just let Devin in the apartment and talk to her about a threesome but without Kolby. I was laughing at this, I thought it was funny, so I entertained the idea. I told Mike that I would ask her but if she says no, which could be the outcome, it would be out of my hands. Mike said they were still on our floor, so I opened the door and saw them down the hall. I signaled for them to come to apartment.

I tried to only get Devin to come in as she seemed sober, not like Kolby. But Kolby refused and just came in. I now realize that Devin just had sex with a completely drunk Kolby who did not know what was going on or even where it was happening. I had asked Devin if I could have my pants back as she was staying over and I had found hers and I had given hers which she had around her shoulders. She was like you want to do that in the living room, I told her no we have a bathroom. I led her to where our bathroom was, I went into my room which is directly across the bathroom. The door was open, she then stopped arguing with me and suddenly just dropped her pants. She never went into the bathroom; she did it right in the hallway. I turned my head, I was shocked that she did that but this is how Devin acts she thinks she can drop her pants in front of me or be naked in my couch having sex with someone else and that this is ok but it is not because she makes me feel unsafe. She noticed right away that I was not looking at her. She walked into my room and forced me to look, saying why aren't you looking at me, you know I look good right now. She was standing right infront of me, I told she did look good, I was just surprised and embarrassed that she dropped her pants like that for no reason other than to push her sexual power on me.

I did not give her permission, but Devin then sat on my bed with me, I asked what was going on, why she was here in my room. I was trying to politely tell her that she was not welcome to be there. Even though she was completely sober, she ignored this as usual. I said that she was here with Kolby, and like she should go be with him. Out of nowhere she said I thought this is what you wanted Danny. I kept saying she came here with Kolby, like I dont think it would be a good idea. If Devin had any respect for me she would have left my room which is what I wanted her to do. I had asked if her and Kolby were an item, she had told me they were just friends and they did not have sex, as Kolby could not get erect because of all the alcohol she had seen him take before she tried to have sex with him. This is different from what Justin had said because she was on top of Kolby and Justin probably saw them having sex.

I told her I did not feel comfortable if Kolby was still here. So I tried to get her to kick Kolby out of the apartment, but she said it was my apartment so I should. This is when I realized that she was trying to make a move on me. I realized that once again, Devin had manipulated me into being alone with her to do what she wanted sexually including getting me to deal with Kolby. And I was ashamed and insecure so I said that if I kicked Kolby out she wanted to hook up, she said yeah and she was sober. She understood and smiled. So I went to go kick Kolby out, but he had said he was too drunk to leave and asked to sleep on the couch. Mike and I told him he could stay the night. I went back into the room to tell Devin that he was staying the night.

I asked if Devin was cool and comfortable with him staying, she clearly said as long as I am she was. This is how Devin makes me feel like I can be her hero so long as I do what she wants. We started to kiss, I was on top of her. I had asked her if she would mind giving oral to Mike, she said no, so I snapchatted Mike that and he went to bed. We continued to make out and our hands were all over each other. I asked if I could take her top off, she said yes, but I had trouble taking it off. So she did it herself. I then took my clothes off. We were still making out, she was on her back, I was on top. She was not drunk at all. She was acting as she always did like she likes rough sex. She was not giddy or sleepy or in any way smelling of alcohol as she would have been if she had been drunk. Kolby was passed out drunk. Devin was not drunk at all. She had been in my apartment without alcohol for at least 1 hour by that time. I never smelled alcohol on her and I have seen her regular drunk at parties and she never acted like that this night.

I did not take her panties off, they were still on. But she then took them off herself, we continued to have sex as she wanted until there was a knock on my door that Kolby had threw up in the living room. Mike told me I had to deal with it. So I had to leave the room. Before I left I had offered water to Devin, she refused. This shows she was awake and making conscious choices. I went to check on Kolby and he in fact did throw up on the floor. I told him he had to clean that up. I went back into my room, Devin was still up and was under my blanket.

I asked Devin if she wanted to keep going with the sex. I told her we could stop, she said it was fine if we continued. I got on top and asked if she could give me oral she said yes. This time she was not aggressive like she had been before which shows she was not drunk and could remember my issues with aggressive oral. I again asked Devin if she wanted water and wanted to go to the bathroom because she threw up. She felt embarrassed that she threw up. I tried to tell her it was not a big deal. I had gotten off of her and handed her a garbage bin in case she was to puke from the sex we did, she did not. I grabbed a shirt from my closet, which I gave to her so she could go to the bathroom to freshen up. When she left I was laying in bed, she had come back. I asked if she was feeling okay, she told me she felt fine, and that she did not want things to be weird and awkward. I had told her that if she did not feel good we could stop, but she had insured me she was fine and wanted to continue as long as I did. We continued with the missionary, when I was

inside her she would tell me to go faster and faster. We just did missionary, I ejaculated on her stomach area because she asked me to. We cleaned up, as we were laying in bed bare naked.

Devin had brought up that I was still into eye contact. She felt that I just wanted her to feed my ego. She went to say that my penis was average in size, that she's been with guys who were bigger and better than me. She told me that i\I should feel lucky that she was with me in my bed. I told that did not matter as she was in my bed with me, she was not with anyone else. She then grabbed my penis with her hand and started to jerk, I asked her to give me oral and she said yes. When she was giving me oral she was on all fours. Then we started with missionary, we went into her being on fours. She was moaning with pleasure and telling me again to go faster. She was asking me to do this and she was not drunk. When I was behind her she had asked me if I could insert myself into her anal. She then asked if I had lube to make that process easier. I told her no that I do not do that, and with or without lube still will not do it.

We went back to missionary, this time she would grab onto my lower waist, my hands were on her breast. I had offered her water again which she denied. We went to sleep for a bit, throughout the sleep Devin would take up most of the bed leaving with me with no room. I had asked Devin if she could move over and give me room. She did that, but when I got into the bed she faced me and cuddled me. Her head on my chest, I was kissing on her forehead for a bit until she moved her head to indicate she wanted me to kiss her. So we started to kiss again, which lead to sex, this was just missonary it lasted only like 20 minutes. I would say this was about 7:00 in the morning. The sun was out by that time and coming in through the window.

We went to bed for a little bit longer, but once again Devin was taking up the majority of the bed. I could not take it, so I woke up Devin and told her she had to leave, I said I had work to do and such and my back was hurting from the way I was sleeping. She understood, and got dressed, I woke Mike up and I had told Mike that I was walking her back to her dorm room. This was right before 8:00 in the morning.

She was waiting on her friend but lost her phone. I walked her back. It was a short walk, nothing seemed wrong as we talked about the governors of Pennsylvania and New York as she is from New York. We did talk about Bernie Sanders as well. This was a normal conversation with a sober student. When we arrived at her building, I told her that I would see her around.

I have no idea why Devin has complained against me, or why she has filed a case in court to keep me from her place because I never go to her place, and it also seems to me that Devin has sexually abused not just me, but for example, Kolby and Mike.  I want Kings to investigate this matter as it is become a serious block to my education. Devin is taking revenge on me.  I also think that this complaint must be taken into account as my response to Devin's complaint against me which is false and has caused me and my family an enormous amount of pain.

_____                                    _____
Daniel Boye                                                        Date