



PLAINTIFF'S EXHIBIT A