

THE WILKES-BARRE NAACP
DIVERSITY LEADERSHIP AWARD
Presented To
BARRY H. DYLLER, ESQ.

This Award Is Presented in Recognition Of Your Commitment & Dedication To Fighting For Civil Rights Of Diverse Individuals In Our Community whom Are Victims Of Racial, Gender, Age, Disability & Harassment Discrimination. Your Commitment To Diversity Is Evident Through Your Participation in "Racial Summit 99" & "Know Your Rights" Seminar Which Informed & Educated Individuals Of Our Community Of Their Constitutional Rights Under The Law.