# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA McCARTHY, DEVIN McCARTHY, and OLUWATOMISIN OLASIMBO,** | No. 3:23cv450 |
| Plaintiffs | (Judge Munley) |
| | (Magistrate Judge Carlson) |
| v. | |
| **MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY and RAUL JAUREGUI,** | |
| Defendants | |

## ORDER

**AND NOW**, to wit, this 29th day of December 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendants' objections (Docs. 30, 31, 34) to the reports and recommendations of Magistrate Judge Martin C. Carlson are **OVERRULED**.

2) Magistrate Judge Carlson's reports and recommendations (Docs. 28, 38) are **ADOPTED.**

3) Plaintiffs' motion for remand (Doc. 5) is **GRANTED**.

4) Defendants' motions to dismiss (Docs. 8, 19) and Defendant Jauregui's motions for sanctions (Docs. 24, 42) are **DISMISSED** as moot.

5) This matter is **REMANDED** back to the Luzerne County Court of Common Pleas.

6) The Clerk of Court is directed to close the case in this court.

                              **BY THE COURT:**

                              _*s/ Julia K. Munley*_
                              **JUDGE JULIA K. MUNLEY**
                              **United States District Court**